IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **METROPOLITAN TOWER LIFE INSURANCE COMPANY,** | § § § § § | |
| Plaintiff, | | |
| vs. | § § § | CIVIL ACTION NO. 3:22-cv-02861-B |
| **KATHERINE K. McARTHUR, AS THE INDEPENDENT EXECUTOR OF THE ESTATE OF CLAIRE LUVOICE McARTHUR, III, DECEASED, and MARILYN M. McARTHUR,** | § § § § § § | |
| Defendants. | | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Metropolitan Tower Life Insurance Company files this Certificate of Interested Parties and states that the following parties have a financial interest in this action:

1. Metropolitan Tower Life Insurance Company is a wholly owned subsidiary of MetLife, Inc., a publicly traded company;

2. Katherine K. McArthur, as the Independent Executor of the Estate of Claire Luvoice McArthur, III, Deceased; and

3. Marilyn M. McArthur.

1

Respectfully submitted,

*/s/ Linda G. Moore*
Linda G. Moore
State Bar No. 14359500
ESTES THORNE & CARR, PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone: (214) 599-4000
Telecopier: (214) 599-4099
lmoore@estesthornecarr.com

ATTORNEYS FOR PLAINTIFF
METROPOLITAN TOWER LIFE INSURANCE
COMPANY