IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## WAIVER OF SERVICE OF SUMMONS

RE:  Caption of Action:  *Metropolitan Life Insurance Company v. Katherine K. McArthur, as the Independent Executor of the Estate of Claire Luvoice McArthur, III, Deceased, and Marilyn M. McArthur*

Case Number:  3:22-cv-02861-B

TO:  Linda G. Moore
(Name of Plaintiff's Attorney or Unrepresented Plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action stated above, which was filed in the United States District Court for the Northern District of Texas. I have also received a copy of the Complaint in Interpleader in the action, two copies of this Instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in Interpleader in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after the date the request was sent, which was **December 20, 2022**, or within 90 days after that date if the request was sent outside the United States.

1/8/23
Date

Signature

Katherine K. McArthur
Printed/Typed Name

Katherine K. McArthur
3971 Cole Ave.
Dallas, Texas 75204
For Defendant