UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| METROPOLITAN TOWER LIFE INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 3:22-CV-2861-B |
| KATHERINE MCARTHUR, as Independent Executor of the Estate of CLAIRE LUVOICE MCARTHUR, III, Deceased, and MARILYN MCARTHUR, | § § § § § § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

After reviewing the papers and pleadings on file, the Court notes that no local counsel as defined by Local Rule 83.10(a) has appeared on behalf of Defendant Marilyn McArthur. *See* N.D. Tex. Civ. R. 83.10(a) (noting residence and 50-mile-radius requirements). Therefore, the Court **ORDERS** the following: By **Wednesday, April 5, 2023,** Marilyn McArthur must **SHOW CAUSE**, in writing, why local counsel has not yet appeared on her behalf. Failure to comply with this Order may result in sanctions.

SO ORDERED.

SIGNED: March 15, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE