UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| METROPOLITAN TOWER LIFE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 3:22-cv-02861-B |
| KATHERINE K. McARTHUR, et al., | * * | |
| Defendants. | * * | |

**ENTRY OF APPEARANCE**

Pursuant to Local Rule 83.10 and the Court's Order (ECF No. 14), Aaron Miller of Miller Law Office, PLLC, hereby enters his appearance as local counsel of record for Defendant Marilyn McArthur. Aaron Miller is a member of the bar of this Court who maintains a principal office within 50 miles of the courthouse in the division in which the case is pending. Please serve all papers as follows:

Aaron Miller
Miller Law Office, PLLC
TX Bar No. 24037110
1400 Preston Road, Suite 118
Plano, TX 75093
Telephone: (214) 282-4225
Email: aaron@aaronmillerlaw.com

//

//

//

//

//

1

DATED this 29th day of March, 2023.

                                    Respectfully submitted,

                                    */s/ Aaron Miller*
                                    Aaron Miller
                                    TX Bar No. 24037110
                                    Miller Law Office, PLLC
                                    1400 Preston Road, Suite 118
                                    Plano, TX 75093
                                    Telephone: (214) 292-4225
                                    Email: aaron@aaronmillerlaw.com

## CERTIFICATE OF SERVICE

☒ I hereby certify that on March 29, 2023, I electronically transmitted the foregoing and any attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                              */s/ Aaron Miller*
                                                Aaron Miller