UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| METROPOLITAN TOWER LIFE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 3:22-cv-02861-B |
| KATHERINE K. McARTHUR, et al., | * * | |
| Defendants. | * * | |

**RESPONSE TO SHOW CAUSE ORDER**

Defendant Marilyn McArthur ("Marilyn"), through undersigned counsel, hereby responds to the Order to Show Cause (ECF No. 14) directing her to show why local counsel had not yet appeared on her behalf at the time her Answer (ECF No. 11) was filed by her out-of-town lead counsel. Simply put, at the time Marilyn retained undersigned counsel, her prior *pro se* Answer (ECF No. 6) had been stricken due to her failure to file a Certificate of Interested Parties, and her responsive pleading was technically overdue. In an effort to get a responsive pleading filed quickly before Plaintiff began default proceedings against her, counsel made the decision to file the Answer prior to retaining local counsel. Since that filing, Marilyn has retained local counsel, who has now filed an Entry of Appearance (ECF No. 18) on her behalf.

//

//

//

//

DATED this 29th day of March, 2023.

Respectfully submitted,

*/s/Michael J. Hoover*
Michael J. Hoover
TX Bar No. 24132888
Interpleader Law, LLC
5800 One Perkins Place Dr., Suite 2A
Baton Rouge, LA 70808
Telephone: (225) 246-8706
Facsimile: (888) 200-3530
Email: michael.hoover@interpleaderlaw.com

*Attorney for Defendant Marilyn McArthur*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on March 29, 2023, I electronically transmitted the foregoing and any attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Michael J. Hoover*
Michael J. Hoover