UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| METROPOLITAN TOWER LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-2861-B |
| KATHERINE MCARTHUR, as Independent Executor of the Estate of CLAIRE LUVOICE MCARTHUR, III, Deceased, and MARILYN MCARTHUR, | § § § § § § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendant Marilyn McArthur's counsel Michael J. Hoover and Aaron Miller's Second Unopposed Motion for Leave to Withdraw as Counsel of Record (Doc. 29). Because this withdrawal would leave McArthur without counsel, the Court set a hearing on the Motion. *See* Doc. 30, Order Setting Hearing. At the hearing, McArthur indicated that she consented to the withdrawal. The Court therefore **GRANTED** the Motion (Doc. 29).

McArthur indicated that she was unsure whether she would proceed *pro se* or obtain new legal counsel. At this time, she does not have replacement counsel. Until new counsel files a notice of appearance on her behalf, the Court presumes McArthur is proceeding *pro se*. McArthur is therefore **ORDERED** to register with the Court's Electronic Case Filing System, available at https://www.txnd.uscourts.gov/file-registration, by **Monday, August 28, 2023**. If McArthur has any issues, she may call the Court's ECF Help Desk at either 214-753-2633 or 866-243-2866.

If desired, McArthur remains free to seek new legal representation. However, McArthur is

warned that her failure to timely comply with this Order may result in default judgment against her without further notice.

The Clerk is directed to mail a copy of this Order by certified mail, return receipt requested, to:

**Marilyn McArthur**
3114 S. Las Cruces Street
Deming, NM 88030

**SO ORDERED.**

**SIGNED: August 14, 2023**.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE